UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAR AHMED,

                        Petitioner,

      -against-

JOHN/JANE DOE,

                        Respondent.

23-CV-5756 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 9, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 9, 2023
          New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                          Chief United States District Judge